# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MERELINE MCRAE** | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| **SELECT PORTFOLIO SERVICING, INC.** | : |
| **and U.S. BANK NATIONAL** | : |
| **ASSOCIATION, As Trustee, for** | : |
| **Springleaf Mortgage Loan Trust 2013-2** | : |
| **Mortgage-Backed Notes, Series 2013-2** | : NO.  18-695 |

## ORDER

**NOW**, this 28th day of June, 2018, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

/s/TIMOTHY J. SAVAGE